# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARYN S. RICHARDSON, | Case No. 2:21-cv-00014-KJD-EJY |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

This habeas matter is before the Court on *pro se* Petitioner Daryn S. Richardson's failure to comply with the Court's prior Order (ECF No. 5).

In January 2021, Petitioner submitted a Petitioner for Writ of Habeas Corpus (ECF No. 1-1) and Application to Proceed *In Forma Pauperis* ("IFP Application") (ECF No. 1). On June 15, 2021, the Court granted his IFP Application and order Petitioner to show cause in writing why this action should not be dismissed as untimely (ECF No. 5). Petitioner was warned that failure to timely and fully comply with the order would result in the dismissal of the petition with prejudice without further notice. However, Petitioner did not comply with the order by filing a response to the order to show cause and the 30-day deadline expired.

To date, Petitioner has not filed a response to the order to show cause or taken any action to prosecute this case.

**IT IS THEREFORE ORDERED:**

1. Petitioner Daryn S. Richardson's Petitioner for Writ of Habeas Corpus (ECF No. 1-1) is dismissed without prejudice based on his failure to comply with the Court's order or the Local Rules.

2. A certificate of appealability is denied as jurists of reason would not find the Court's dismissal of the petition to be debatable or wrong

3. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of the Court will add Nevada Attorney General Aaron D. Ford as counsel for Respondents and

informally serve the Nevada Attorney General by directing a notice of electronic filing of this order to his office. No response is required from Respondents other than to respond to any orders of a reviewing court.

4. The Clerk of the Court is instructed to enter final judgment accordingly and close this case.

DATED:  September 8, 2021

                                                KENT J. DAWSON
                                                UNITED STATES DISTRICT JUDGE